Form 006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jonathon L. Gatewood** | : | Case No. 18−20664−GLT |
| **Courtney M. Gatewood** | : | |
| **aka Courtney M. Haywood** | : | Chapter: 7 |
| *Debtor(s)* | : | |
| | : | |
| | : | |

## ORDER

　　　　AND NOW, this *The 28th of June, 2018*, the Debtor(s) having filed an *Amendment to Schedule* D [Dkt. No. 25 filed on **June 27, 2018**

　　　　It is hereby **ORDERED, ADJUDGED and DECREED** that:

　　　　(1)　　The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

　　　　(2)　　On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

　　　　(3)　　**On or before July 30, 2018 or the date set forth in the Section 341 Meeting** *Notice*, whichever is later, any **Objection to Discharge** (if applicable), **Request for a 341 Meeting** (if applicable), and/or **Objections to Exemptions** shall be filed.

　　　　(4)　　If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

　　　　(5)　　**FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

　　　　(6)　　If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

Dated: June 28, 2018

cm: Debtor
　　　Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathon L. Gatewood  
Courtney M. Gatewood  
      Debtors

Case No. 18-20664-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jun 28, 2018  
                  Form ID: 006     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db/jdb     +Jonathon L. Gatewood,    Courtney M. Gatewood,    116 Howell Street,    Elizabeth, PA 15037-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:  
      Dennis J. Spyra    on behalf of Joint Debtor Courtney M. Gatewood attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
      Dennis J. Spyra    on behalf of Debtor Jonathon L. Gatewood attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
      James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com  
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                      TOTAL: 5